UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael I. McGee,                                                                 Civ. No. 12-1108 (PAM/JJK)

                Petitioner,

v.                                                                                                          **ORDER**

Scott Fisher,

                Respondent.

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Jeffrey J. Keyes dated October 22, 2012. In the R&R, Magistrate Judge Keyes recommended that the Court deny the Petition for a Writ of Habeas Corpus on the merits. Petitioner failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 18).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Petition for Writ of Habeas Corpus (Docket No. 1) is **DENIED**;

2. The Motion for Summary Judgment (Docket No. 7) is **DENIED**; and

3. This action is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>November 26, 2012</u>

                                                    *s/ Paul A. Magnuson*
                                                      Paul A. Magnuson
                                                      United States District Court Judge